# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VIVIANA ANSELME & ALYSHA HONEYCUTT,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>FLUVANNA CORRECTIONAL CENTER FOR WOMEN, *et al.*,<br>　　　　　*Defendants*. | CASE NO. 3:20-cv-5<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' motion to dismiss. Dkt. 17. For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby

1. **GRANTS** Defendants' motion to dismiss Count I and Count II, *with prejudice*, Dkt. 17;

2. **GRANTS** Defendants' motion to dismiss Count III against FCCW and Aldridge, *without prejudice*, Dkt. 17;

3. **ORDERS** the Clerk of Court to substitute Defendant Aldridge with Mariea Lefevers; and

4. **DIRECTS** the Clerk of Court to terminate Defendants FCCW and Perez as parties in this case;

Furthermore, for the reasons set forth in the Memorandum Opinion, Plaintiffs shall be afforded **twenty-one (21) days to amend their complaint as to Count III**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

ENTERED this __17th__ day of December, 2020.

/s/ Norman K. Moon
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE