IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE

| | |
|---|---|
| **Viviana Anselme and Alysha Honeycutt,** ) | |
| ) | |
| **Plaintiff(s)** ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-05 |
| ) | |
| **Mariea Lefever, et al,** ) | |
| ) | |
| **Defendant(s).** ) | |

**CLERK'S ENTRY OF DEFAULT**

The above action was filed in this Court on February 14, 2020.  The Defendant(s) Eric Griffin was served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

Eric Griffin                                                        May 18, 2020

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

Eric Griffin

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

This 16th day of February, 2021

**JULIA C. DUDLEY, CLERK**

By:     **s/ Dylan R. Gaddes**
        **Deputy Clerk**