February 24, 2021

To: US District Court (Western District)

255 West Main Street

(Room 304)

Charlottesville, Virginia 22902

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 24 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

From: Eric S. Griffin

Concerning: Case # 3:20-cv-05

Greetings,

To the Honorable Judge(s) that is presiding over this civil action against Eric S. Griffin on May 18, 2020 I was supposed to appear for this court proceeding, with humble apologies, I was unable to attend due to not having any legal support. Having difficult trying to find an attorney that will defend this type of case. Requesting that I be excuse from this previous default. If I have not attained an attorney for the next court date. Then I will have no choice but to appear.

Thank You Sir (s)

*[signature]*

Eric S. Griffin