UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VIVIANA ANSELME and ALYSHA HONEYCUTT, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC GRIFFIN and RAHEEM RUMSEY, <br><br> Defendants. | Case No. 3:20-CV-5-NKM |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Amend Complaint, it is hereby

ORDERED that the motion is GRANTED. The proposed Amended Complaint attached as Exhibit A to Plaintiffs' Motion is deemed filed as of the date of this Order. Maria Lefevers is dismissed as a party, and the style of this case is changed to *Viviana Anselme and Alysha Honeycutt v. Eric Griffin and Raheem Rumsey*.

Entered: __February 24__, 2021

_____
Joel C. Hoppe
United States Magistrate Judge