IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| VIVIANA ANSELME et al., ) | | |
| Plaintiffs, ) | Civil Action No. 3:20cv00005 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| ERIC GRIFFIN & ) | By: | Joel C. Hoppe |
| RAHEEM RUMSEY, ) | | United States Magistrate Judge |
| Defendants. ) | | |

The Court held a status conference call in this case on March 18, 2021. For the reasons explained during the conference, the Court intends to construe the letter from pro se Defendant Eric Griffin, ECF No. 42, as a pro se motion to set aside the Clerk's entry of his default, ECF No. 40. Fed. R. Civ. P. 55(c); *see Castro v. United States*, 540 U.S. 375, 381–82 (2003). Plaintiffs shall file their response in opposition, if any, to Griffin's request for relief within fourteen (14) days from the date of this Order. Griffin may file an optional reply brief within seven (7) days of the date of service of Plaintiffs' response in opposition. Either party may request a hearing on the motion by contacting the Court's scheduling clerk. ECF No. 19.

ENTERED: March 19, 2021

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge