UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **VIVIANA ANSELME** | **NOTICE** |
| v. | CASE NO.: 3:20CV00005 |
| **ERIC GRIFFIN** | |

**TYPE OF CASE:**        **X**    CIVIL            CRIMINAL

**TYPE OF PROCEEDING:**

**TELEPHONIC HEARING on doc #42 – Plaintiff's letter to set aside clerk's entry of default**

**X    TAKE NOTICE** that the proceeding in this case has been **SCHEDULED** as indicated below:

**DATE:**    May 3, 2021
**TIME:**    11:30 A.M.

**DIAL IN NUMBER:** _____, **CONFERENCE ID:** _____

JULIA C. DUDLEY, CLERK OF COURT

DATE: April 15, 2021         By: s/ Karen Dotson
                             DEPUTY CLERK

To:   Hon. Moon
      Hon. Hoppe
      Counsel of record
      Mr. Griffin
      File